IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| LEONARD CHARLES HENDRICKS, ) | |
| ) | |
| Plaintiff, ) | |
| v. ) | CASE NO. 2:14-cv-119-MEF |
| ) | WO |
| JUDGE PAMELA R. HIGGINS, *et al.*, ) | |
| ) | |
| Defendants. ) | |

# **O R D E R**

On February 26, 2014, the Magistrate Judge filed a Recommendation (Doc. #4) in this case to which no timely objections have been filed. Upon an independent review of the file in this case and upon consideration of the Recommendation of the Magistrate Judge, it is the

ORDER, JUDGMENT and DECREE of the court that:

1. The Recommendation of the Magistrate Judge is ADOPTED.

2. That this case is DISMISSED as malicious prior to service of process in accordance with the provisions of 28 U.S.C. § 1915(e)(2)(B)(i).

DONE this the 19th day of March, 2014.

/s/ Mark E. Fuller
UNITED STATES DISTRICT JUDGE